**FOURTH DIVISION
DOYLE, P. J.,
MCFADDEN and BOGGS, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/**

**March 3, 2014**

# In the Court of Appeals of Georgia

A13A1761. HARLESS v. THE STATE.

MCFADDEN, Judge.

A jury found Tania Harless guilty of two counts – aggravated assault and aggravated battery – and she appeals her convictions on those counts. But a case is not final and ripe for appeal until a written sentence has been entered on each count of which a defendant was found guilty. See *Keller v. State*, 275 Ga. 680, 681 (571 SE2d 806) (2002); *Bass v. State*, 284 Ga. App. 331, 332 (643 SE2d 851) (2007). Here, the trial court entered only a single written sentence of "20 (Twenty) years." Because the trial court did not enter a written sentence on each count,

> the case is still pending in the court below. Therefore, this case is removed from this court's docket and remanded. With respect to [both] counts of which [Harless] was found guilty, the trial court is directed to . . . enter a written sentence, . . . thereby in writing, disposing of [both]

counts of which [Harless] was found guilty. After such entry, the case may be transmitted to this court for re-docketing because the notice of appeal, prematurely filed, then will have ripened.

*Bass*, 284 Ga. App. at 332 (citations omitted).

*Case remanded with direction. Doyle, P. J., and Boggs, J., concur.*